

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:      Ricardo Estrada v. The State of Texas

Appellate case number:   01-13-00650-CR

Trial court case number: 67751

Trial court:                     239th District Court of Brazoria County

On May 6, 2014, we entered an order abating this appeal and directing the trial court to provide a written judgment reflecting its oral pronouncements for count one of appellant's conviction. *See* TEX. CODE CRIM. PRO. art. 42.01. The supplemental clerk's record filed on May 8, 2014 contains the requested written judgment. Accordingly, we REINSTATE this case on the Court's active docket.

It is so ORDERED.


Judge's signature: /s/ Jane Bland
                           ☒ Acting individually      ☐ Acting for the Court

Date: May13, 2014